NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**C.A. CASYSO GMBH,**
*Appellant*

**v.**

**HEMOSONICS LLC,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2020-1444
_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00950.

_____

**JUDGMENT**
_____

CHRISTOPHER DRYER, Fish & Richardson PC, Washington, DC, for appellant.

BRIAN W. NOLAN, Mayer Brown, LLP, New York, NY,

argued for appellee. Also represented by LISA M. FERRI; YING-ZI YANG.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, WILLIAM LAMARCA, FARHEENA YASMEEN RASHEED.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 13, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court